JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, | Case No. CV 22-00067 PA (AFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PINKCOBOUTIQUE LLC, et al., | |
| Defendants. | |

In accordance with the Court's March 16, 2022 Minute Order dismissing this action for failure to prosecute, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 16, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE